UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 03-cv-02530-REB

VANCE A. CASE

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN
## AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(B)

**Blackburn, J.**

The matter before me is plaintiff's **Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#31], filed January 22, 2008. The Commissioner does not oppose the motion. (*See* **Defendant's Response to Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b)** [#33], filed January 28, 2008. I therefore grant the relief requested.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#31], filed January 22, 2008, is **GRANTED**; and

---

[1] Michael J. Astrue was confirmed by the United States Senate to replace Jo Anne Barnhart as the Commissioner of Social Security on February 1, 2007. Thus, he is substituted as the defendant in this suit. **FED.R.CIV.P.** 25(d)(1). By virtue of the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this lawsuit.

2. That plaintiff is **AWARDED** $6,538.60 in attorney fees pursuant to 42 U.S.C. § 406(b).

Dated August 13, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**