**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-cv-02530-REB

VANCE A. CASE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER CLARIFYING AWARD OF
ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**
_____

**Blackburn, J.**

The matter before the court is plaintiff's **Motion Clarifying Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#35] filed November 18, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion Clarifying Award of Attorney Fees Under 42 U.S.C. § 406(b)** [#35] filed November 18, 2008, is **GRANTED**; and

2. That plaintiff's attorney shall be entitled to receive, and defendant shall pay, a net attorney fee of $6,538.60, after offset of EAJA fees, under 42 U.S.C. § 406(b), for representation in this court.

Dated November 19, 2008, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn
                                  United States District Judge**